# Third District Court of Appeal

## State of Florida

Opinion filed September 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1559
Lower Tribunal No. 22-23692
_____

**Natalia Zayon,**
Appellant,

vs.

**Bianca Valme,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Christine Bandin, Judge.

Palomares-Starbuck & Associates, and Lorenzo J. Palomares, for appellant.

Bianca Valme, in proper person.

Before SCALES, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Appellant seeks reversal of the trial court's final judgment for protection against stalking violence entered pursuant to section 784.0485, Florida Statutes. "Trial courts have broad discretion in granting stalking injunctions, and we review an order imposing a permanent stalking injunction for an abuse of that discretion." Klein v. Manville, 363 So. 3d 1163, 1167 (Fla. 6th DCA 2023) (citing Pickett v. Copeland, 236 So. 3d 1142, 1143–44 (Fla. 1st DCA 2018)). "In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error." Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979). On the record before us we find no abuse of discretion and affirm.

Affirmed.